■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL SAEZ, Also Known as MIGUEL LOPEZ, Also Known as JOSE LOPEZ, Appellant. [649 NYS2d 777] —Judgment, Supreme Court, Bronx County (Lawrence Bernstein, J.), rendered February 7, 1994, convicting defendant, after a jury trial, of burglary in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 11 years to life, unanimously affirmed.

Suppression of the lineup identification was properly denied as each filler was a thin Hispanic male, as is this defendant; at least four of the five fillers had a mustache similar to defendant's; and four of the five appeared to be in defendant's age range of 25 to 35 years old (*see, People v Gonzalez*, 173 AD2d 48, 56-58, *lv denied* 79 NY2d 1001). Thus, the lineup photograph refutes defendant's contention that he stood out from the others (*see, People v Chipp*, 75 NY2d 327, 335, *cert denied* 498 US 833).

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Defendant's arguments concerning the complainant's credibility (*see, People v Hernandez*, 173 AD2d 382, *lv denied* 78 NY2d 967), and the reliability of his identification (*see, People v Brimage*, 214 AD2d 454, *lv denied* 86 NY2d 732), were properly placed before the jury, and we find no reason to disturb its determination. Concur— Wallach, J. P., Rubin, Nardelli, Williams and Andrias, JJ.